*H. P. Biddle* and *B. W. Peters*, for the state.

May Term,
1858.

McDONALD
v.
STADER.

*Wednesday,*
*May 26.*

———————

McDONALD and Another *v.* STADER and Another.

The submission of a cause to this Court on an agreed statement of facts does not excuse the failure to move for a new trial below.

APPEAL from the *Bartholomew* Circuit Court.

WORDEN, J.—This was an action brought to recover a town lot in the town of *Columbus* in said county, by the appellees against the appellants. The cause was submitted to the Court for trial on an agreed statement of facts, which resulted in a finding and judgment for the plaintiffs below, the appellees.

The appellants have assigned for error the decision of the Court upon several demurrers filed in making up the

*Wednesday,*
*May 26.*

issues; but as no exception was taken we cannot notice them.

There was no motion for a new trial in the Court below, and consequently there is nothing before us. We are of opinion that the principle which requires a motion for a new trial below, that the Court may have an opportunity of reviewing its decision, and correcting any errors it may have fallen into, is as applicable to a cause submitted on an agreed statement of facts, as any other. *The State ex rel. Foster et ux.* v. *Swarts et al.*, 9 Ind. R. 221.

*Per Curiam.*—The judgment is affirmed with costs.

*R. Hill*, for the appellants.

*W. F. Pidgeon*, for the appellees.